IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action 07-cv-02719-EWN-BNB

PEOPLES CREDIT UNION, a, Colorado Cooperative Association,

    Plaintiff.

v.

HARRY TURNER,

    Defendant.

v.

HEARTLAND CROP INSURANCE, INC.,

    Intervenor as Third Party Plaintiff.

v.

HARRY TURNER; UNITED STATES DEPARTMENT OF AGRICULTURE acting through the Farm Service Agency; FIRST NATIONAL BANK IN LAMAR, a Colorado Banking Corporation; and PEOPLES CREDIT UNION, a Colorado Cooperative Association,

    Third Party Defendants.

_____

**ORDER ACCEPTING STIPULATION OF PARTIES, AUTHORIZE INTERPLEADER OF FUNDS, AND DISCHARGE OF HEARTLAND CROP INSURANCE**
_____

    THIS MATTER comes before the Court this on Heartland Crop Insurance's Unopposed

Motion to Accept Stipulation of Parties, Authorize Interpleader of funds, and Discharge of

Heartland Crop Insurance, Inc. The Court having reviewed its file, the stipulations between the parties, and otherwise being advised in the premise, Orders that Heartland Crop Insurance deposit the amount of $7,329.56 with the Clerk of the Court. Upon deposit of said funds with the Clerk, Intervenor as Third Party Plaintiff, Heartland Crop Insurance, Inc. will be discharged from this action.

Done this 21st day of March, 2008.

BY THE COURT:

s/ Edward W. Nottingham
Edward W. Nottingham
Chief United States District Judge