IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02719-EWN-BNB

PEOPLES CREDIT UNION, a Colorado cooperative association,

Plaintiff,

v.

HARRY TURNER,

Defendant.

HEARTLAND CROP INSURANCE, INC.,

Intervenor as Third Party Plaintiff,

HARRY TURNER,
UNITED STATES DEPARTMENT OF AGRICULTURE, acting through the Farm Service Agency,
FIRST NATIONAL BANK IN LAMAR, a Colorado banking corporation, and
PEOPLES CREDIT UNION, a cooperative association,

Third Party Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion for Entry of Protective Order** [docket no.75, filed May 19, 2008] (the "Motion").

IT IS ORDERED that the Motion is GRANTED.

DATED: May 22, 2008