IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

| | |
|---|---|
| Nel Steffens, Deputy Clerk | Date: May 29, 2008 |
| Therese Lindblom, Court Reporter | |

Civil Action No. 07–cv–02719–EWN–BNB

| *Parties:* | *Counsel:* |
|---|---|
| PEOPLES CREDIT UNION, a Colorado cooperative association, | John O'Brien |
| Plaintiff, | |
| v. | |
| HARRY TURNER, | *Pro Se* |
| Defendant. | |

Consolidated With

| | |
|---|---|
| DONALD D. TURNER and BEACHER T FARMS, LLC, | *Pro Se* |
| Plaintiffs, | |
| v. | |
| PEOPLES CREDIT UNION, | John O'Brien |
| Defendant. | |
| PEOPLES CREDIT UNION, | John O'Brien |
| Third Party Counterclaimant and Cross-Claimant, | |
| v. | |

| | |
|---|---|
| HARRY TURNER, | *Pro Se* |
| DONALD D. TURNER, | *Pro Se* |
| BEACHER T FARMS, LLC, | |
| HEARTLAND CROP INSURANCE, INC., | |
| UNITED STATES DEPARTMENT OF AGRICULTURE acting through the Farm Service Agency, and | Lisa Christian and Wayne Ross |
| FIRST NATIONAL BANK IN LAMAR, | Michael Callahan |

  Third Party Counterclaim and Cross-Claim Defendants.

## COURTROOM MINUTES

**Status Conference/Motions Hearing**

**2:24 p.m.**  Court in session.

Court calls case and appearances.

Mr. Donald Turner states that he will release his claim as to the tractor.

Discussion regarding current status of claims and possible remand of case to state court.

Discussion regarding status of Case No. 08-cv-00529-BNB.

Further discussion regarding remand.

**ORDERED: 1. The Motion for Dismissal of Beacher T. Farms, LLC and Withdrawal of Any Claim to 1988 Caterpillar Tractor (#61, filed March 24, 2008) is GRANTED.**

**ORDERED: 2. Plaintiff's Request for Dismissal With Prejudice of Donald D. Turner and Beacher T. Farms, LLC's Complaint in Accordance with the**

      **State Court's Order Dated December 12, 2007, (#44, filed February 20, 2008) is GRANTED with prejudice.**

**ORDERED: 3. By June 5, 2008, settling parties shall file a motion or motions, consented to by the parties, to dismiss or resolve the priority claims among Peoples Credit Union, the Bank of Lamar, and the Federal Government.**

**ORDERED: 4. Ms. Christian shall submit a proposed order to remand.**

Mr. Callahan states agreement reached with Peoples Credit Union for the record.

Court directs counsel to Magistrate Judge Boland's chambers to ensure that next week's status conference is vacated.

**2:48 p.m.** Court in recess.

Hearing concluded.

Total time in court: 00:24