IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07-cv-02719-EWN-BNB

PEOPLES CREDIT UNION, a Colorado
Cooperative Association,

    Plaintiff,

v.

HARRY TURNER,

    Defendant.

Consolidated With

DONALD D. TURNER and
BEACHER T FARMS, LLC

    Plaintiffs.
v.

PEOPLES CREDIT UNION,

    Defendant
_____
HEARTLAND CROP INSURANCE, INC.

    Intervenor as Third Party Plaintiff,

v.

HARRY TURNER,
UNITED STATES DEPARTMENT OF AGRICULTURE,
acting through the Farm Service Agency,
FIRST NATIONAL BANK IN LAMAR,
a Colorado Banking Corporation, and
PEOPLES CREDIT UNION, a Colorado Cooperative Association.

    Third Party Defendants.
_____

PEOPLES CREDIT UNION,

    Third Party Counterclaimant and Cross-Claimant,

v.

HARRY TURNER,
DONALD D. TURNER,
BEACH T FARMS, LLC
HEARTLAND CROP INSURANCE, INC.
UNITED STATES DEPARTMENT OF AGRICULTURE,
Acting through the Farm Service Agency, and
FIRST NATIONAL BANK IN LAMAR,

    Third Party Counterclaim and Cross-Claim Defendants.

**ORDER DISMISSING CERTAIN PARTIES AND CLAIMS WITH PREJUDICE**

    Upon the status conference and hearing held on May 29, 2008 at which John O'Brien of Kerr Brosseau Bartlett O'Brien, LLC was present on behalf of Peoples Credit Union, Lisa Christian of the United States Attorney's office with Duane Ross were present on behalf of the United States Department of Agriculture, Michael Callahan of Law Offices of Michael W. Callahan LLC was present on behalf of the First National Bank of Lamar, Donald Turner was present and appeared *pro se* on behalf of himself and Beacher T Farms, LLC, and Harry Turner was present and appeared *pro se*, this Court enters the following orders:

    IT IS HEREBY ORDERED that, with the Court noting no objection or resistance thereto, the Motion For Dismissal of Beacher T Farms, LLC and Withdrawal of Any Claim to 1988 Caterpillar Tractor filed by Donald D. Turner (Docket No. 61 filed on March 24, 2008) is granted.

IT IS FURTHER ORDERED that, with the Court noting no resistance or objection thereto, the Request For Dismissal With Prejudice of Donald D. Turner and Beacher T Farms, LLC's Complaint In Accordance With The State Court's Order dated December 12, 2007 filed by the Peoples Credit Union (Docket No. 44 filed on February 20, 2008), is hereby granted and Donald D. Turner and Beacher T Farms, LLC's Complaint is hereby dismissed with prejudice.

Dated this 30th day of May, 2008.

BY THE COURT

s/ Edward W. Nottingham
Chief United States District Judge