IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02719-EWN-BNB

PEOPLES CREDIT UNION,
      a Colorado cooperative association,

        Plaintiff,

v.

HARRY TURNER,

        Defendant.

Consolidated With

DONALD D. TURNER and
BEACHER T FARMS, LLC,

        Plaintiffs,

v.

PEOPLES CREDIT UNION,

        Defendant

---

HEARTLAND CROP INSURANCE, INC.,

        Intervenor as Third Party Plaintiff,

v.

HARRY TURNER,
UNITED STATES DEPARTMENT OF AGRICULTURE,
     acting through the Farm Service Agency,
FIRST NATIONAL BANK IN LAMAR,
     a Colorado banking corporation, and

PEOPLES CREDIT UNION,
    a Colorado cooperative association,

        Third Party Defendants.

---

PEOPLES CREDIT UNION,

        Third Party Counterclaimant and Cross-Claimant,

v.

HARRY TURNER,
DONALD D. TURNER,
BEACHER T FARMS, LLC,
HEARTLAND CROP INSURANCE, INC.,
UNITED STATES DEPARTMENT OF AGRICULTURE
    acting through the Farm Service Agency, and
FIRST NATIONAL BANK IN LAMAR,

        Third Party Counterclaim and Cross-Claim Defendants.

---

**ORDER TO 1) DISMISS WITH PREJUDICE ALL COUNTERCLAIMS AND CROSS-CLAIMS ASSERTED BY PEOPLES CREDIT UNION AGAINST USDA AND FIRST NATIONAL BANK IN LAMAR, 2) DISBURSE INTERPLED FUNDS, 3) DISMISS INTERPLEADER COMPLAINT IN INTERVENTION, AND 4) REMAND ACTION TO STATE COURT**

---

On joint motion of Plaintiff, Third Party Defendant, and Third Party Counterclaimant and Cross-Claimant Peoples Credit Union ("Credit Union"); Third Party Defendant and Cross-Claim Defendant United States of America, acting on behalf of its agency, the U.S. Department of Agriculture ("United States"); and Third Party Defendant and Cross-Claim Defendant First National Bank in Lamar ("FNB"), and good cause

2

appearing, the Court **ORDERS** as follows:

1. All counterclaims and cross-claims asserted by the Credit Union against the United States are dismissed with prejudice.

2. All counterclaims and cross-claims asserted by the Credit Union against FNB are dismissed with prejudice.

3. The Clerk of the Court shall disburse all interpleaded funds on deposit in the Court Registry to the Credit Union, including any interest thereon and less any applicable court registry fee, by check payable to Peoples Credit Union and mailed to its attorney, John O'Brien, Esq., Kerr, Brosseau, Bartlett, O'Brien LLC, 1600 Broadway, Suite 1600, Denver, CO 80202;

4. The interpleader complaint in intervention filed by Plaintiff in Intervention Heartland Crop Insurance is dismissed;

5. The remaining claims shall be remanded to the Baca County District Court;

6. No costs or attorneys fees are assessed against the United States, the Credit Union, or FNB.

Dated: June 6, 2008.  BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge