IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 07-cv-02719-EWN-BNB

PEOPLES CREDIT UNION, a Colorado
Cooperative Association,

    Plaintiff,

v.

HARRY TURNER,

    Defendant.

Consolidated With

DONALD D. TURNER and
BEACHER T FARMS, LLC

    Plaintiffs.
v.

PEOPLES CREDIT UNION,

    Defendant
─────────────────────────────────────────────

HEARTLAND CROP INSURANCE, INC.

    Intervenor as Third Party Plaintiff,

v.

HARRY TURNER,
UNITED STATES DEPARTMENT OF AGRICULTURE,
acting through the Farm Service Agency,
FIRST NATIONAL BANK IN LAMAR,
a Colorado Banking Corporation, and
PEOPLES CREDIT UNION, a Colorado Cooperative Association.

    Third Party Defendants.
─────────────────────────────────────────────

PEOPLES CREDIT UNION,

    Third Party Counterclaimant and Cross-Claimant,

v.

HARRY TURNER,
DONALD D. TURNER,
BEACH T FARMS, LLC
HEARTLAND CROP INSURANCE, INC.
UNITED STATES DEPARTMENT OF AGRICULTURE,
Acting through the Farm Service Agency, and
FIRST NATIONAL BANK IN LAMAR,

    Third Party Counterclaim and Cross-Claim Defendants.

## ORDER GRANTING MOTION FOR FED. R. CIV. P. 54(B) CERTIFICATION OF ALL DISMISSED CLAIMS AND PARTIES

Upon the Motion For Fed. R. Civ. P. 54(b) Certification of All Dismissed Claims and Parties upon good grounds appearing therefor, and this Court expressly finding that there is no just reason for delay,

IT IS HEREBY **ORDERED** that the motion is granted.

IT IS FURTHER **ORDERED** that all prior dismissals of claims and parties in this case are final orders of the Court. Fed. R. Civ. P. 54(b).

Dated this 6th day of June, 2008.

                                      BY THE COURT

                                      s/ Edward W. Nottingham
                                      Edward W. Nottingham
                                      Chief United States District Judge